IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAXIE D. REEVES,                    )
                                    )
            Plaintiff,              )
                                    )
    v.                              )    CIVIL ACTION NO. 2:08cv655-CSC
                                    )              (WO)
MICHAEL J. ASTRUE,                  )
Commissioner of Social Security,    )
                                    )
            Defendant.              )

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered herewith, it is

ORDERED AND ADJUDGED that the decision of the Commissioner be and is

hereby REVERSED and this case be and hereby is REMANDED to the Commissioner

for an award of benefits.

Done this 31st day of March, 2010.


            _____/s/Charles S. Coody_____
            CHARLES S. COODY
            UNITED STATES MAGISTRATE JUDGE